**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**MORGAN LYNN WILSON**                                                                  **PLAINTIFF**

**v.**                                            **CIVIL ACTION NO.: 3:23-CV-409-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                            **DEFENDANT**

## ORDER REMANDING CASE TO SOCIAL SECURITY ADMINISTRATION

The Commissioner requests that the Court remand this case to the agency for further consideration and administrative action, pursuant to sentence four of the Social Security Act, 42 U.S.C. § 405(g). The Commissioner's unopposed motion [Doc. No. 19] is GRANTED, and this case is hereby REMANDED.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings.

IT IS SO ORDERED this the 29th day of May, 2024.

                                                     /s/ Jane M. Virden
                                                     **UNITED STATES MAGISTRATE JUDGE**