IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**MORGAN LYNN WILSON**                                                                    **PLAINTIFF**

**v.**                                          **CIVIL ACTION NO. 3:23-cv-409-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                              **DEFENDANT**

## JUDGMENT

For the reasons given in this Court's Order [21] entered on May 29, 2024, it is hereby ordered and adjudged that the Commissioner's decision is **reversed and remanded**.

SO ORDERED, this the 29th day of May, 2024.

                                                  /s/ Jane M. Virden
                                                  **UNITED STATES MAGISTRATE JUDGE**